794

No. 727. AUSTIN ET AL. *v.* ILLINOIS. December 16, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 728. HYDE *v.* STEWART, ACTING WARDEN. December 16, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 736. DAVIS *v.* RAGEN, WARDEN. December 16, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 737. CONGDON *v.* RAGEN, WARDEN. December 16, 1946. Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois, denied.

No. 738. MINER *v.* RAGEN, WARDEN. December 16, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. —. MEDLEY *v.* REID, SUPERINTENDENT; and

No. —. COPELAND *v.* REID, SUPERINTENDENT. December 19, 1946. The motions for stay of execution are denied. Treating the papers as applications for writs of certiorari, certiorari is denied. *James J. Laughlin* for petitioners.